In the Matter of GUS CONOMON, Appellant, against STATE LIQUOR AUTHORITY, Respondent.

Argued May 17, 1938; decided May 31, 1938.

*Albert B. Gins* for appellant.

*Monroe I. Katcher, II,* and *William H. Ticho* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS and FINCH, JJ. Dissenting: LOUGHRAN and RIPPEY, JJ. Taking no part: CRANE, Ch. J.